IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GARRETT STEPHENSON, GATEWAY RECRUITING, LLC, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS IMILARLY SITUATED;<br>*Plaintiffs*<br><br>-vs-<br><br>RACKSPACE TECHNOLOGY, INC,<br>*Defendant* | §§§§§§§§§§ | SA-22-CV-01296-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiffs Garrett Stephenson and Gateway Recruiting, LLC shall take nothing by their claims against Defendant Rackspace Technology, Inc., and Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 18th day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE